FILED

2003 NOV 24  P 12: 13

US DISTRICT COURT
BRIDGEPORT CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SCOTT GORDON | : | CIVIL ACTION NO. |
| | : | 3:03CV1973 (WWE) |
| V. | : | |
| OFFICER ANTHONY WOZNICKI, ET AL | : : | NOVEMBER 21, 2003 |

### APPEARANCE

Enter my appearance as Attorney for the defendant, Sergeant Michael Merrigan, only, in the above-entitled case.

                                          THE DEFENDANT:
                                          SERGEANT MICHAEL MERRIGAN

                                          By_____
                                          Brian P. Leaming
                                          HALLORAN & SAGE LLP
                                          Federal Bar #ct16075
                                          One Goodwin Square
                                          225 Asylum Street
                                          Hartford, CT 06103
                                          (860) 522-6103
                                          His Attorney

12298.0028

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 21st day of November, 2003, I hereby mailed a copy of the foregoing to:

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
(plaintiff)

Daniel C. DeMerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
(co-defendants: Woznicki, Lespier,
Lewandownski, Amann, Kosienski
and City of Meriden)

Brian P. Leaming

488159.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105