① 03CV1973app

FILED

2003 NOV 21 A 12:59

U.S. DISTRICT COURT
HARTFORD, CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SCOTT GORDON                           :     CIVIL ACTION NO.
    Plaintiff                      :     3:03 CV ~~1973 (WWE)~~
                                   :          137 (CFD)
VS.                                    :
                                   :
                                   :
OFFICER ANTHONY WOZNICKI, BADGE #308,  :     NOVEMBER 19, 2003
    Defendants                     :

## APPEARANCE

Please enter my appearance for the Plaintiff in connection with the above-

referenced matter.

PLAINTIFF,

BY _____

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Telephone:  (860) 728-4900
Fax:  (860) 728-4909
Federal Bar #: ct00078

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Daniel C. DeMerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Brian P. Leaming, Esq.
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

_____
A. Paul Spinella, Esq.