FILED

2004 MAR -2  P 1: 28

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| SCOTT GORDON | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03 CV 137 (AWT) |
| | : | |
| VS. | : | |
| | : | |
| OFFICER ANTHONY WOZNICKI, | : | |
| BADGE #308, et al | : | FEBRUARY 27, 2004 |
| Defendants | : | |

## REPLY TO AFFIRMATIVE

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE AS TO COUNT ONE

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count One.

### SECOND AFFIRMATIVE DEFENSE AS TO COUNT ONE

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count One.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT TWO**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Two.

**SECOND AFFIRMATIVE DEFENSE AS TO COUNT TWO**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count Two.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT THREE**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Three.

**SECOND AFFIRMATIVE DEFENSE AS TO COUNT THREE**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER,

CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count Three.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT FOUR**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Four.

**SECOND AFFIRMATIVE DEFENSE AS TO COUNT FOUR**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count Four.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT FIVE**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Five.

**SECOND AFFIRMATIVE DEFENSE AS TO COUNT FIVE**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count Five.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT SIX**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Six.

**SECOND AFFIRMATIVE DEFENSE AS TO COUNT SIX**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count Six.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT EIGHT**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E.

KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Eight.

**SECOND AFFIRMATIVE DEFENSE AS TO COUNT EIGHT**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count Eight.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT NINE**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Nine.

**SECOND AFFIRMATIVE DEFENSE AS TO COUNT NINE**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count Nine.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT TEN**

The Plaintiff in the above-referenced matter denies each and every allegation made

in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Ten.

**SECOND AFFIRMATIVE DEFENSE AS TO COUNT TEN**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count Ten.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT ELEVEN**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Eleven.

**SECOND AFFIRMATIVE DEFENSE AS TO COUNT ELEVEN**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count Eleven.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT TWELVE**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Twelve.

**FIRST AFFIRMATIVE DEFENSE AS TO COUNT THIRTEEN**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's First Affirmative Defense as to Count Thirteen.

**SECOND AFFIRMATIVE DEFENSE AS TO COUNT THIRTEEN**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendants' OFFICER ANTHONY WOZNICKI, OFFICER STEPHAN LESPIER, CAPTAIN FRANK LEWANDOWNSKI, LIEUTENANT STEVEN AMANN, CHIEF ROBERT E. KOSIENSKI and CITY OF MERIDEN's Second Affirmative Defense as to Count Thirteen.

PLAINTIFF,

BY _____
A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Telephone: (860) 728-4900
Fax: (860) 728-4909
Federal Bar #: ct00078

**CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Daniel C. DeMerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Eric Daigle, Esq.
James J. Szerejko, Esq.
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

John H. Gorman, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden, CT 06450

_____
A. Paul Spinella, Esq.