UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCOTT GORDON | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:03 CV 137 (AWT) |
| | : | |
| VS. | : | |
| | : | |
| OFFICER ANTHONY WOZNICKI, | : | |
| BADGE #308, et al | : | MARCH 3, 2004 |
|     Defendants | : | |

## REPLY TO AFFIRMATIVE DEFENSES

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE (Counts One through Seven)

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendant SERGEANT MICHAEL MERRIGAN's First Affirmative Defense (Counts One through Seven).

### SECOND AFFIRMATIVE DEFENSE (Counts One through Seven)

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendant SERGEANT MICHAEL MERRIGAN's Second Affirmative Defense (Counts One through Seven).

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff in the above-referenced matter denies each and every allegation made

in the Defendant SERGEANT MICHAEL MERRIGAN's Third Affirmative Defense.

**FOURTH AFFIRMATIVE DEFENSE (Counts Two and Four)**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendant SERGEANT MICHAEL MERRIGAN's Fourth Affirmative Defense (Counts Two and Four).

**FIFTH AFFIRMATIVE DEFENSE (Count Three)**

The Plaintiff in the above-referenced matter denies each and every allegation made in the Defendant SERGEANT MICHAEL MERRIGAN's Fifth Affirmative Defense (Count Three).

**PLAINTIFF,**

BY_____
**A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Telephone: (860) 728-4900
Fax: (860) 728-4909
Federal Bar #: ct00078**

**CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing has been mailed postage pre-paid on this date to:

Daniel C. DeMerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Eric Daigle, Esq.
James J Szerejko, Esq.
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

John H. Gorman, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden, CT 06450

_____
A. Paul Spinella, Esq.