UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCOTT GORDON | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:03 CV 137 (AWT) |
| | : | |
| VS. | : | |
| | : | |
| OFFICER ANTHONY WOZNICKI, BADGE #308, | : | |
| INDIVIDUALLY AND IN HIS OFFICIAL | : | |
| CAPACITY; | : | |
| OFFICER STEPHAN LESPIER, BADGE #348, | : | |
| INDIVIDUALLY AND IN HIS OFFICIAL | : | |
| CAPACITY; | : | |
| SERGEANT MICHAEL MERRIGAN, BADGE #323 | : | |
| INDIVIDUALLY AND IN HIS OFFICIAL | : | |
| CAPACITY; | : | |
| CAPTAIN FRANK LEWANDOWNSKI, 3HQ, | : | |
| INDIVIDUALLY AND IN HIS OFFICIAL | : | |
| CAPACITY; | : | |
| LIEUTENANT STEVEN AMANN, 1A | : | |
| INDIVIDUALLY AND IN HIS OFFICIAL | : | |
| CAPACITY; | : | |
| ROBERT E. KOSIENSKI, | : | |
| CHIEF OF POLICE, INDIVIDUALLY | : | |
| AND IN HIS OFFICIAL CAPACITY; | : | |
| CITY OF MERIDEN | : | MARCH 16, 2005 |

### STIPULATION OF DISMISSAL

The parties in the above-referenced action, pursuant to Federal Rules of Civil

Procedure, request the Court dismiss this action with prejudice, and without costs to any party.


DATED:_____          DATED: _____

The Plaintiff,
SCOTT GORDON


By _____
  A. Paul Spinella, Esq.
  Fed. Bar # 00078
  Spinella & Associates
  One Lewis Street
  Hartford, CT 06103
  (860) 728-4900


The Defendants,
OFFICER ANTHONY WOZNICKI,
OFFICER STEPHAN LESPIER,
SERGEANT MICHAEL MERRIGAN,
CAPTAIN FRANK LEWANDOWNSKI,
LIEUTENANT STEVEN AMANN,                            :
ROBERT E. KOSIENSKI, CHIEF OF POLICE,
CITY OF MERIDEN


By: _____
    Daniel C. DeMerchant, Esq.
    Federal Bar #: ct19342
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT 06114-1190
    (860) 249-1361

The Defendant,
SERGEANT MICHAEL MERRIGAN


By: _____
    Eric Daigle, Esq.
    Federal Bar #: ct23486
    Halloran & Sage
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103